UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **ERIC J. DUARTE,** | ) |  |
| Plaintiff, | ) |  |
|  | ) | Civil Action No. |
| v. | ) | 23-11725-NMG |
|  | ) |  |
| **DANIELLE FRANE, et al.,** | ) |  |
| Defendants. | ) |  |
|  | ) |  |

**ORDER**

**GORTON, J.**

On November 14, 2023, the Court ordered plaintiff Eric Duarte to (1) resolve the filing fee in this action; and (2) file an amended complaint. (Docket # 4). The Court stated that failure to comply with the order within thirty-five (35) days would result in dismissal of this action.

The deadline for complying with that order has lapsed without any response from Duarte. However, on December 12, 2023, the copy of the November 14, 2023 order that had been mailed to Duarte at his address on record at the time (Norfolk County Correctional Center) was returned as undeliverable. (Docket # 5).

In at least one other case Duarte is prosecuting in this Court, he filed a motion for a change of address, indicating that he has been transferred to Bridgewater State Hospital.  See

Duarte v. Frane, C.A. No. 23-11009-NMG (D. Mass.) (Docket # 31) (filed Nov. 24, 2023).

Although Duarte should have filed a change of address in this action, the Court directs the clerk to change Duarte's address of record on the docket of this case to reflect his transfer.  The clerk shall also send a copy of the November 14, 2023 order (Docket # 4) to Duarte at the updated address.

If Duarte wishes to pursue this action, he must, within thirty-five (35) days, comply with the order.  Failure to do so will result in dismissal of this action without assessment of a filing fee.

**So ordered.**

                                             /s/ Nathaniel M. Gorton
                                            Nathaniel M. Gorton
                                            United States District Judge

Dated: January 8, 2024