UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **ERIC J. DUARTE,** | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 23-11725-NMG |
| | ) | |
| **DANIELLE FRANE, et al.,** | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

**GORTON, J.**

Eric J. Duarte, a pretrial detainee confined at Bridgewater State Hospital, has filed a document entitled "Amended Supplemental Complaint" (Docket # 10), a motion for leave to proceed in forma pauperis (Docket # 39) with the appropriate prison account statements, and a motion to compel discovery (Docket # 27). Upon review of these documents, the Court hereby orders:

1. The Clerk shall change the docket entry for the Amended Supplemental Complaint to "Amended Complaint" and ensure that all parties listed in the amended complaint are parties to this action. The Clerk shall also terminate from the docket any defendant that is not included in the amended complaint.

2. The motion for leave to proceed in forma pauperis (Docket # 39) is ALLOWED. Pursuant to 28 U.S.C. § 1915(b)(1), the Court assesses and initial partial filing fee of $8.23. The

remainder of the $350 statutory filing fee shall be collected in accordance with 28 U.S.C. § 1915(b)(2). The Clerk shall provide a copy of this order to the treasurer of the facility having custody of Duarte.

3. Summonses shall issue for all the defendants identified in the amended complaint. Duarte must ensure that a summons, this order, and the amended complaint are served on each defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure. Duarte cannot add claims or defendants to the amended complaint. He must serve the version of the amended complaint that is currently on the docket and only on the persons who are named as defendants in the pleading.

4. Service must be completed within 90 dates of the date the summonses issue. Failure to complete service in a timely fashion may result in dismissal of the action without prior notice to Duarte. See L.R. 4.1 (D. Mass.).

5. Service may be accomplished by "[a]ny person who is at least 18 years old and not a party." Fed. R. Civ. P. 4(c)(2). Because Duarte is proceeding in forma pauperis, he may elect to have service completed by the United States Marshals Service ("USMS"). If Duarte chooses to have service completed by the USMS, he shall provide the agency with all papers for service on each defendant and a completed USM-285 form for each defendant. The USMS shall complete service as directed by Duarte with all

2

costs of service to be advanced by the United States.  The Clerk shall provide Duarte with the forms and instructions for service by the USMS.[1]

6.   The motion to compel discovery (Docket # 27) is DENIED as this action has not proceeded to discovery.

**So ordered.**

                                          /s/ Nathaniel M. Gorton
                                          Nathaniel M. Gorton
                                          United States District Judge

Dated: 08/16/2024

---

[1] For purposes of Rule 4(e) of the Federal Rules of Civil Procedure and Rule 4 (d)(1) of the Massachusetts Rules of Civil Procedure, the term "delivering" refers to in-person delivery. Neither "delivering" nor "leaving," as used in these two rules, refer to delivery by post or other shipping method.

3